**MINUTE ENTRY**
**KNOWLES, M.J.**
**DECEMBER 1, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**KIM JAMES**                                          **CIVIL ACTION**

**VERSUS**                                              **NO. 10-3912**

**ASI Federal Credit Union**                           **SECTION "D" (3)**


A settlement conference in the above matter was conducted this date.

PRESENT:    Dan Scheuermann
            Magdalen Bickford
            Anne Elam
            Chad Falgout


Settlement can not be reached at this time.    Counsel are to contact the undersigned if

they feel that an additional conference would be beneficial prior to trial.


**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**


MJSTAR(1.30)