UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KIM JAMES | * | CIVIL ACTION NO. 10-3912 |
| **Plaintiff** | * | |
| | * | SECTION: H |
| | * | JUDGE JANE TRICHE MILAZZO |
| VERSUS | * | |
| | * | |
| | * | MAGISTRATE: 3 |
| ASI FEDERAL CREDIT UNION | * | MAG. DANIEL KNOWLES, III |
| **Defendant** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JUDGMENT OF DISMISSAL

The Court, having considered the petition, the record, the applicable law, and for the written reasons assigned (Doc. 38);

**IT IS ORDERED, ADJUDGED, AND DECREED** that there is judgment in favor of Defendant and against Plaintiff, dismissing Plaintiff's suit with prejudice at Plaintiff's costs.

New Orleans, Louisiana on this 17th day of January, 2012.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE

-1-